DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMERY LORENZO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2604

[October 19, 2017]

Appeal of order denying rule 3.801 from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 502010CF006952C.

Emery Lorenzo, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***